# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JENIFER CORMIER, WANDA WILLIAMS, DENISE CLARK, CINDY LOU FIGLE, AMY BRYANT & TIFFANY CREGGER, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0158-CG-M ) |
| ACAC, INC., d/b/a APPROVED CASH ADVANCE, APPROVED CASH, QUICK CASH, A DOLLAR CASH ADVANCE & MAIN STREET PERSONAL FINANCE, | ) ) ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Orders approving the settlement agreements entered on August 14, 2013 (Docs. 51, 52, 53, 54, and 55) and on August 15, 2013 (Doc. 57), and the Order granting in part and denying in part plaintiffs' motion for attorneys' fees entered this date (Doc. 63), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiffs, Jenifer Cormier, Wanda Williams, Denise Clark, Cindy Lou Figle, Amy Bryant, and Tiffany Cregger, and against ACAC, Inc., d/b/a Approved Cash Advance, Approved Cash, Quick Cash, A Dollar Cash Advance, and Main Street Personal Finance.  Therefore, plaintiff Tiffany Cregger is awarded a settlement payment in the amount of $7,000.00; plaintiff Amy Bryant is awarded a settlement payment in the amount of $7,755.00; plaintiff Jennifer Cormier is awarded a settlement payment in the amount of $34,845.00; plaintiff Cindy Lou Figle is awarded a settlement payment in the

amount of $11,160.00; plaintiff Wanda Williams is awarded a settlement payment in the amount of $68,326.80; plaintiff Denise Clark is awarded a settlement payment in the amount of $38,321.00; and plaintiffs are awarded $44,408.75 in attorneys' fees and $696.21 in costs.

**DONE and ORDERED** this 11th day of December, 2013.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE